UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JUAN MENA, on behalf of himself,
individually, and on behalf of all others similarly-situated,

Plaintiff,

-against-

**[~~PROPOSED~~] JUDGMENT**

**Case No. 1:26-cv-01547-OTW**

PHASE 3 INTERIORS LLC, and
GENCI SELA, individually, and
MARCELLO SAQUIPULLA, individually,

Defendants.
----------------------------------------------------------------X

**WHEREAS**, on June 24, 2026, Defendants PHASE 3 INTERIORS LLC, and GENCI SELA, individually, and MARCELLO SAQUIPULLA, individually, offered that Plaintiff take judgment against them in this action pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 68 in the amount of Twenty Six Thousand Dollars and Zero Cents ($26,000.00), less applicable taxes and withholdings, plus an award of reasonable attorneys' fees and costs accrued to date in such amount to be determined by the Court or between the parties, which is in full and final settlement of all of Plaintiff Menas's claims alleged against Defendants in this action; and

**WHEREAS**, on June 30, 2026, Plaintiff Mena filed his Notice of Acceptance of this offer; it is

**HEREBY ORDERED AND ADJUDGED** that judgment is entered pursuant to Fed. R. Civ. P. 68 in favor of Plaintiff Mena, as against Defendants jointly and severally, in the amount of Twenty Six Thousand Dollars and Zero Cents ($26,000.00).

SO ORDERED, on the 8 day of July, 2026, New York, New York:

The Honorable Ona T. Wang

U.S.M.J